**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

MARIA MENDIZABAL, on behalf of herself and all others similarly situated,

    Plaintiff,

-against-

ESCADA AMERICA LLC, and ESCADA ONLINE US, LLC,

    Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2018

17-CV-9318 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 5, 2018 (Dkt. 17), the parties notified the Court that they reached a settlement in principle; and

    WHEREAS on February 13, 2018 (Dkt. 18), the Court stated that this action would be dismissed if no party submitted a letter by March 14, 2018; and

    WHEREAS no party has submitted a letter requesting that this action not be dismissed.

    IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

**Date: March 16, 2018**
**New York, New York**

_/s/ Valerie Caproni_
**VALERIE CAPRONI**
**United States District Judge**